IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID MARK HARTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LT. HUNT, DR. ROGERS, RN GODBERSON, and RN DORSEY,<br><br>Defendants. | 4:20CV3092<br><br><br>**MEMORANDUM AND ORDER** |

On October 1, 2020, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. When the court's mailing of that order to Plaintiff was returned as undeliverable, the court entered an order on October 13, 2020, directing Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 13th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge